| | |
|---|---|
| Mark B. Canepa #139303 [lead counsel]<br>Adam Garth #164214<br>WHITE | CANEPA LLP<br>7690 North Palm Avenue, Suite 105<br>Fresno, California 93711<br>Telephone: (559) 439-0800<br>Facsimile: (559) 439-0802<br>mcanepa@whitecanepa.com<br><br>Attorneys for Defendants JOYCE FIELDS-KEENE,<br>CENTRAL CALIFORNIA FACULTY MEDICAL GROUP,<br>and UNIVERSITY NEUROSURGERY ASSOCIATES | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET VERREES, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES DAVIS, M.D., an individual; SCOTT WELLS, an individual; JOYCE FIELDS-KEENE, an individual; JOAN VORIS, an individual; UNIVERSITY OF CALIFORNIA, BOARD OF REGENTS; UNIVERSITY OF CALIFORNIA SAN FRANCISCO-FRESNO; COMMUNITY MEDICAL CENTERS; COMMUNITY REGIONAL MEDICAL CENTER; CENTRAL CALIFORNIA FACULTY MEDICAL GROUP; UNIVERSITY NEUROSURGERY ASSOCIATES; SANTE'/ADVANTEK BENEFITS ADMINISTRATORS; and DOES 1 to 20, inclusive,<br><br>    Defendants. | CASE No. 1:16-cv-01392-LJO-SKO<br><br>**STIPULATION AND ORDER ENLARGING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>[FRCP Rule 6(b); Local Rule 144]<br><br><br><br><br><br><br><br><br><br><br>Action Filed: September 20, 2016<br>Trial Date: None Assigned |

    Pursuant to Fed. R. Civ. P. 6(b) and L.R. 144, IT IS STIPULATED by Plaintiff and Defendants, through their respective counsel, that the time within which Defendants may answer, move, or otherwise respond to Plaintiff's First Amended Complaint will be, subject to approval by the Court, extended from November 13-16, 2017, to and including December 11, 2017, or such other date as the Court may order.

    Total extensions under previous stipulations and orders: None (0).

---

1
STIPULATION AND ORDER ENLARGING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE
RESPOND TO THE FIRST AMENDED COMPLAINT

Respectfully submitted,

Dated: November  6 , 2017

    /s/ Margaret Verrees, M.D.
MARGARET VERREES, M.D.
Plaintiff in Pro Per

Dated: November  3 , 2017    WHITE | CANEPA LLP

By:   /s/ Mark B. Canepa, Esq.
Mark B. Canepa [lead counsel]
Adam Garth
Attorney for Defendants JOYCE FIELDS-KEENE, CENTRAL CALIFORNIA FACULTY MEDICAL GROUP; UNIVERSITY NEUROSURGERY ASSOCIATES

Dated: November  3 , 2017    McCORMICK BARSTOW LLP

By:   /s/ Gary A. Hunt, Esq.
Michael F. Ball [lead counsel]
Gary Hunt
Attorney for Defendants JAMES DAVIS, M.D., and UNIVERSITY OF CALIFORNIA, BOARD OF REGENTS

Dated: November  3 , 2017    ARENT FOX LLP

By:  /s/ Sara T. Schneider, Esq.
Debra Albin-Riley [lead counsel]
Sara T. Schneider
Attorney for Defendants SCOTT WELLS, COMMUNITY MEDICAL CENTERS/ COMMUNITY REGIONAL MEDICAL CENTER, and SANTÉ/ADVANTEK BENEFITS ADMINISTRATOR

---

2
STIPULATION AND ORDER ENLARGING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

## ORDER

Pursuant to the parties' stipulation, (Doc. 53), and for good cause shown, the deadline for Defendants JOYCE FIELDS-KEENE; CENTRAL CALIFORNIA FACULTY MEDICAL GROUP; UNIVERSITY NEUROSURGERY ASSOCIATES; JAMES DAVIS, M.D.; UNIVERSITY OF CALIFORNIA, BOARD OF REGENTS; SCOTT WELLS; COMMUNITY MEDICAL CENTERS/COMMUNITY REGIONAL MEDICAL CENTER; and SANTÉ/ADVANTEK BENEFITS ADMINISTRATOR to respond to Plaintiff's First Amended Complaint (Doc. 16) is hereby extended to December 11, 2017.

IT IS SO ORDERED.

Dated: **November 7, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE