# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARGARET VARREES, M.D., | 1:16-cv-01392-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| JAMES DAVIS, M.D., et al., | |
| Defendants. | |

The Court has received and reviewed Plaintiff's Second Amended Complaint ("2AC"), filed on May 29, 2018. ECF No. 84. On April 24, 2018, the Court issued a Memorandum Decision and Order dismissing Plaintiff's First Amended Complaint and granting her leave to file an amended complaint within 30 days. ECF No. 82 at 25. The Court warned Plaintiff that any amended complaint must comply with Federal Rule of Civil Procedure 8, must clearly and concisely set forth her claims, should not address matters not directly related to any of her claims, that "any excessively long or digressive amended complaint will not meet the Rule 8 standard," and that this would be Plaintiff's final opportunity to properly plead her case. *Id*.

Plaintiff's 2AC contains 166 pages of allegations and 32 pages of exhibits. It is neither clear nor concise, nor is it in compliance with Rule 8. Plaintiff has been abundantly warned in this matter, by both the undersigned and by U.S. Magistrate Judge Oberto, *see* ECF Nos. 26, 27, and 31, that her pleadings are not in compliance with the Federal Rules of Civil Procedure, but has persisted in filing overly long, meandering, and irrelevant pleadings. Moreover, Plaintiff's 2AC was due on May 24, 2018, but was not

filed with the Court until May 29, 2019. Plaintiff's 2AC did not include any explanation or basis for why it was not timely filed, and to date Plaintiff has provided no explanation.

Accordingly, Plaintiff's 2AC is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 1, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE